UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        CR NO. 08-171 (MLC)

v.                              :        ORDER OF RELEASE

DONALD BURAK
                                :

It is on this 5th day of March, 2008, ORDERED:

That bail be fixed at $100,000 and the defendant be released upon executing an unsecured appearance bond.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. His wife, Cynthia Burak, and his step-father, Jules Tickner, are to be appointed as third party custodians;

The defendant be release in the custody of:
Signed: _____ Date: 3/5/08
         CYNTHIA BURAK
Signed: _____ Date: 3-5-08
         JULES TICKNER

who agree (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

2. Defendant is to reside with his wife at 126 Tulip Lane in Ewing, NJ unless prior approval is given by Pretrial Services;

3. Defendant is to have no contact with minors unless in the company of another adult;

4. Continue mental health treatment and provide Pretrial Services with verification of continued attendance;

5. No access to computers, the internet or any other devices that can gain internet access from his residence or any other

location without prior approval of Pretrial Services. If Pretrial Services determines a need for the defendant or any other household members to have internet access, said computer(s) shall be password protected, subject to manual inspection and/or monitoring software.

While employed at Fasback Tax Services, the defendant may have internet access for work purposes only at the office while under the supervision of his third party custodian;

6. Reporting to Pretrial Services as directed;

7. Travel restricted to New Jersey and Pennsylvania unless approved in advance by Pretrial Services; and

8. Surrender of passport/not apply for another.

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Mary L. Cooper
U.S. DISTRICT JUDGE

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
The commission of a Federal offense while on pretrial release will

Federal law makes it a crime punishable by up to 10 years of investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
If after release, you knowingly fail to appear as required by the you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:
   ( an offense punishable by death, life imprisonment, or imprisonment
      not more than $250,000 or imprisoned for not more than 10 years, or
   ( an offense punishable by imprisonment for a term of five years or
      more than $250,000 or imprisoned for not more than five years, or
   ( any other felony, you shall be fined not more than $250,000 or
   ( a misdemeanor, you shall be fined not more than $100,000 or
A term of imprisonment imposed for failure to appear or surrender addition, a failure to appear or surrender may result in the forfeiture

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant